AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Bonita M. Daigle

v.

U.S. Fed. Government

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05 - 11675 PBS**

TO: (Name and address of Defendant)

Farmers Home Administration
Department of Agriculture
1400 Independence Ave., SW, Room 200A
Washington, DC 20250

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    AUG 1 2 2005



AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/17/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| UNITED STATES POSTAL SERVICE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): POSTAL SERVICE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 4.42 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/31/05         Bonita Daigle
              Date             Signature of Server

318 WATER ST, A1   WAKEFIELD, MA 01880
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Agriculture
Farmers Home Administration
1400 Independence Ave SW
Room 200A
Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P DeFlanders   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
P DEFLANDERS                     8/22/05

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   E844 0404 5000 0911 5002

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

