# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Bonita M. Daigle

v.

U.S. Federal Goveenmont

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 05-11675 PBS

TO: (Name and address of Defendant)

ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
441 FORD ST NW, SUITE 600 SOUTH
WASHINGTON, DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 1 2 2005



CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/17/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| U.S. POSTAL SERVICE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ATTORNEY General Office
DEPT OF JUSTICE
441 FORD ST NW
SUITE 600 SOUTH WASHINGTON, DC 20001

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/17/05
   Date

Signature of Server: Bonita Daigle

Address of Server: 318 Water St. A1 Wakefield, MA 01880

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   ATTORNEY GENERAL
   Dept. of Justice
   441 FORD ST NW
   SUITE 600 SOUTH
   WASHINGTON, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8-23-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 4040 4476

PS Form 3811, February 2004                                02595-02-M-1540

