**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BONITA M. DAIGLE,            )<br>         Plaintiff,   )<br>                             )<br>V.                           )<br>                             )<br>U.S. FEDERAL GOVERNMENT,  )<br>         Defendant.   )<br>                             ) | Civil Action No. 05-11675-PBS |

**MOTION FOR MORE SPECIFIC COMPLAINT**

The United States of America (hereinafter the "defendant") respectfully moves this Court to require the *pro se* plaintiff, Bonita M. Daigle (hereinafter the "plaintiff"), to file a more specific complaint pursuant to Rule 8(a)(2) of the Federal Rules of Civil Procedure.  As more fully demonstrated in the accompanying Memorandum in Support, the defendant states that the plaintiff has failed to plead "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2).

Wherefore, the United States of America respectfully requests that this Court:

    I.   Instruct the plaintiff to file a more specific complaint in accordance with Rule 8(a)(2) of the Federal Rules of Civil Procedure within thirty (30) days from the date of the Court's ruling on this Motion; and,

    II.  Stay the deadline for the defendant to file an Answer

or responsive motion in this matter, previously set for November 1, 2005, until sixty (60) days after any revised complaint is properly filed and served by the plaintiff.

The United States Attorney has attached a proposed Order for the Court's convenience.

```
                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: October 28, 2005  By:  /S/ Chjristopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303
```

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the defendant's Motion for More Specific Complaint was served by first class mail, postage prepaid, upon the *pro se* plaintiff at the following address:

Bonita M. Daigle
318 Water Street, A1
Wakefield, MA 01880

```
Dated: October 28, 2005       /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
```

2

**Rule 7.1(A)(2) Certification**

    I certify that I have attempted to confer by telephone with the pro se plaintiff on several occasions, however, I have been unable to get an answer or leave an answer on the telephone number [(781) 640-5256] that she listed on her complaint.


Dated: October 28, 2005       <u>/S/ Christopher R. Donato</u>
                                    Christopher R. Donato
                                    Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BONITA M. DAIGLE, )<br>          Plaintiff,     )<br>                              )<br>V.                            )<br>                              )<br>U.S. FEDERAL GOVERNMENT, )<br>          Defendant.    ) | Civil Action No. 05-11675-PBS |

**ORDER**

The defendant's Motion for More Specific Complaint in the above-captioned matter is hereby **ALLOWED**. In accordance with said Motion, the Court orders the following:

I.  The plaintiff is ordered to file a more specific complaint in accordance with Rule 8(a)(2) of the Federal Rules of Civil Procedure within thirty (30) days from the date of this Order; and,

II. The deadline for the United States of America to file an Answer or responsive motion in this matter, previously set for November 1, 2005, is stayed until sixty (60) days after any revised complaint is properly filed and served by the plaintiff.

So ordered,

Dated: _____          _____
                                 Patti B. Saris
                                 United States District Court Judge
                                 District of Massachusetts