UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 29  P 4: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

Bonita M. Daigle,
    Plaintiff,
V.                                  Civil Action No. 05-11675-PBS

U.S. Federal Government,
    Defendant.

**MEMORANDUM TO RESPOND TO REQUEST FOR MORE SPECIFIC COMPLAINT**

    I believe I will be able to give an answer in the form the Assistant U. S. Attorney did within two months. I prefer submitting this answer now and hope it is sufficient or of use.

    I was hit by a car in U.S. territory while officially at work going from one location on father's property to another location on that same property. The hit by the car split a major limb muscle supporting body's skeletal frame. Weakness in this limb led to dislocation of right knee cap in same limb and multiple dislocations thereafter (i.e. multiple life and limb injuries).

    I do not know if anyone determine the cause of the accident - (U.S. authorities were called to the scene); but , I believe the accident was cause by action taken at a location away from the scene that engage the electrical grid near the scene.

    Subsequently, the United States Government foreclosed on farm loans on family homestead without fair compensation 1). For million and billion dollar social problems solved by intellects (not computer) abiding at latitude and longitude of deeded property, 2). For unpaid labor used to supply an agricultural product to market at a **government** suitable price, 3). For paid portion of land and 4). For extent of life and limb injuries.

### Actionable basis

**In law**

Fifth Amendment U.S. Constitution

First Amendment (freedom of religion)

Workman's compensation

Homestead Act

**By ideas and principles of Jurisprudence**

Eminent Domain

Due negligence

Loss of income

Life, liberty, and pursuit of happiness

Wisdom

Real Property

Proper self-defense

Dated: November 29, 2005        By: *[signature]* **PRO SE**

Bonita M. Daigle
318 Water St. A1
Wakefield, MA  01880
Tel: (781) 640-5256

## Certificate of Service

I certify that on this day a true copy of this memorandum titled "Memorandum to Respond to Request for More Specific Complaint" was served by first class mail, postage prepaid, to 1.) the Department of Agriculture Farmers Home Administration 1400 Independence Ave SW, Room 200A Washington DC 20250 and to the Attorney General Department of Justice 441 Ford St, NW Suite 600 South, Washington, DC 20001 and that 2). two copies were hand delivered to the U.S. Attorney office at John Moakley Courthouse 1 Courthouse Way Suite 9200 Boston, MA 02210 for U.S. Attorney and Assistant U.S. Attorney on this same day November 29, 2005 in the manner specified by Rule 5.2, Federal Rules of Civil Procedures.

By: _[signature]_    PRO SE

Bonita M. Daigle
318 Water St. A1
Wakefield, MA 01880
Tel: (781) 640-5256

Bonita M Dingle
86 Water St. A1
Pittsfield, MA 01880

Civil Action # 05-11675-PBS
1:05-cv-11675-PBS

Department of Agriculture
Farmers Home Administration
1400 Independence Ave SW, Room 2001A
Washington, DC 20250

11-29-05
South Station





(e) Britta M. Nagle
318 Water St. #1
Wakefield MA 01880

FILED
CLERKS OFFICE
2005 NOV 29 P 4:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action # 05-11675-PBS

Attorney General
Department of Justice
441 Ford St, NW
Suite 600-South
Washington DC 20001

11-25-05
Smith
States