UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 JAN 13 P 2: 41

**Bonita M. Daigle**

                v.                Civil Action No. 05-11675-PBS

**United States of America**

### MEMORANDUM #1 TO INFORM

A conference to confer pursuant to Fed. R. Civ. P. 26(f) has been set for Thursday, January 19, 2006 at 10 a.m. at the U.S. Attorney's Office, John Joseph Moakley Courthouse 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Date: January 13, 2006                By: /s/ Bonita M. Daigle   PRO SE
                                                      Bonita M. Daigle
                                                        318 Water St. A1
                                                        Wakefield, MA  01880
                                                         Tel: (781)640-5256

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JAN 13 P 2: 41

**Bonita M. Daigle**

     v.      Civil Action No. 05-11675-PBS

**United States of America**

DISTRICT OF MASS.

### Certificate of Service

I certify that on January 13, 2006 a copy of MEMORANDUM #1 TO INFORM was served by first class mail, postage prepaid, to 1). The Department of Agriculture, Farmers Home Administration, 1400 Independence Ave SW, Room 200A, Washington DC 20250 and to 2.) Attorney General, Department of Justice, 441 Ford ST. NW, Suite 660 South, Washington DC 20001 in the manner specified by Rule 5.2, Federal Rules of Civil Procedures. Two copies were hand delivered to the Boston office of the U.S. Attorney's Office.

Dated: January 10, 2006   By: _/s/ Bonita M. Daigle_  **PRO SE**

             Bonita M. Daigle
             318 Water St. A1
             Wakefield, MA 01880
             Tel: (781) 640-5256

```
         ***** WELCOME TO *****
               WAKEFIELD
              321 MAIN ST
         WAKEFIELD, MA 01880-9998
            01/13/06 01:26PM

Transaction Number                    14
USPS #                       248330-9550


1. First Class service               .50
   Destination:    20001
   Weight:         0 lb. 0.40 oz.
   Total Cost:     .50
   Base Rate:      .39
   Min Postage Fee: .11
2. First Class service               .50
   Destination:    20250
   Weight:         0 lb. 0.30 oz.
   Total Cost:     .50
   Base Rate:      .39
   Min Postage Fee: .11

Subtotal                            1.00
Total Charged                       1.00

MasterCard                          1.00

         <23-902240126-99>
MasterCard
ACCT. NUMBER          TRANS #    AUTH
XXXX XXXX XXXX 4491    302      735930


              Thanks.
      It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```