UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2006 JAN 13 P 2: 41
DISTRICT OF MASS.

**Bonita M. Daigle**
          v.          Civil Action No. 05-11675-PBS
**United States of America**

### Certificate of Service

I certify that on January 9, 2006 a copy of **NOTICE OF SCHEDULING CONFERENCE** received from the court was served by first class mail, postage prepaid, to 1). The Department of Agriculture, Farmers Home Administration, 1400 Independence Ave SW, Room 200A, Washington DC 20250 and to the 2.) Attorney General, Department of Justice, 441 Ford ST. NW, Suite 660 South, Washington DC 20001 in the manner specified by Rule 5.2, Federal Rules of Civil Procedures.

Dated: January 10, 2006      By: *[signature]*   **PRO SE**

                                      Bonita M. Daigle
                                      318 Water St. A1
                                      Wakefield, MA  01880
                                      Tel: (781) 640-5256

```
            ***** WELCOME TO *****
                  WAKEFIELD
                 321 MAIN ST
            WAKEFIELD, MA 01880-9998
               01/09/06 11:50AM

Transaction Number                         43
USPS #                             248330-9550


 1. First Class service                   .50
    Destination:        ▮▮230▮
    Weight:             0 lb. 0.30 oz.
    Total Cost:         .50
    Base Rate:          .39
    Min Postage Fee:    .11
 2. First Class service                   .50
    Destination:        ▮20001▮
    Weight:             0 lb. 0.30 oz.
    Total Cost:         .50
    Base Rate:          .39
    Min Postage Fee:    .11

Subtotal                                 1.00
Total Charged                            1.00

MasterCard                               1.00

             <23-9C2240126-99>
MasterCard
ACCT. NUMBER        TRANS #     AUTH
XXXX XXXX XXXX 4491   164       098503

                  Thanks.
         It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

*Mailed Copy's* (handwritten)