UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
BONITA M. DAIGLE,             )
        Plaintiff,            )
                              )
V.                            )     Civil Action No. 05-11675-PBS
                              )
U.S. FEDERAL GOVERNMENT,      )
        Defendant.            )
                              )
```

**DEFENDANT'S MOTION TO DISMISS**

As more fully demonstrated in the accompanying Memorandum in Support, the defendant respectfully requests that this Court dismiss the above-captioned matter pursuant to Rule 12(b)(1), (5), and (6) of the Federal Rules of Civil Procedure.

```
                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: January 24, 2006  By:  /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303
```

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the defendant's Memorandum in Support of the Motion to Dismiss was served by first class mail, postage prepaid, upon the *pro se* plaintiff at the following address:

Bonita M. Daigle
318 Water Street, A1
Wakefield, MA 01880


Dated: January 24, 2006    /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney

**Rule 7.1(A)(2) Certification**

     I certify that I conferred with the *pro se* plaintiff regarding the issues in the above motion and attempted in good faith to resolve or narrow the issues.

Dated: January 24, 2006    /s/ Christopher R. Donato
                                      Christopher R. Donato
                                    Assistant U.S. Attorney