UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONITA M. DAIGLE, )
      Plaintiff, )
)
v. ) Civil Action No. 05-11675-PBS
)
U.S. FEDERAL GOVERNMENT, )
      Defendant. )

**THE PARTIES' JOINT STATEMENT**

I.   **SCHEDULING ORDER**

In accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the plaintiff in the above-captioned matter hereby proposes the following scheduling order:

1.  All factual discovery, including all depositions of fact witnesses, shall be completed by August 31, 2006.

    (a)  The parties agree to make initial disclosures in accordance with Fed. R. Civ. P. 26 at or within 14 days of the scheduling conference.

    (b)  All discovery motions under Fed. R. Civ. P. 37 pertaining to factual discovery shall be filed on or before September 30, 2006.

2.  Expert discovery: the parties do ~~not~~ anticipate calling any expert witnesses at this time.

3.  All dispositive motions shall be filed on or before November 30, 2006.

4.  The final pretrial conference shall be scheduled by order of the Court.

5.  The trial shall be scheduled by order of the Court.

## II. **TRIAL BEFORE A MAGISTRATE**

The parties consent to a trial before a Magistrate Judge.

## III. **CERTIFICATIONS**

Counsel for the United States of America respectfully requests that this Court waive the requirement set forth in Local Rule 16.1(D)(3) that it certify that it has conferred with a representative of the party as it is not clear who that "party" is.

The plaintiff is proceeding *pro se*.

Respectfully submitted,

| DEFENDANT, | PLAINTIFF, |
|---|---|
| UNITED STATES OF AMERICA | BONITA A. DAIGLE |
| By its attorney, | *Pro se*, |
| /s/ Christopher R. Donato | /s/ Bonita M. Daigle |
| Christopher R. Donato | Bonita M. Daigle |
| Assistant U.S. Attorney | 318 Water Street, A1 |
| U.S. Attorney's Office | Wakefield, MA 01880 |
| John Joseph Moakley Courthouse | (781) 640-5256 |
| Courthouse Way, Suite 9200 | |
| Boston, MA 02210 | |
| (617) 748-3303 | |
| Dated: 1/23/06 | Dated: 2/8/06 |