UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bonita M. Daigle,
    Plaintiff,
V.                                        Civil Action No. 05-11675-PBS

U.S. Federal Government,
    Defendant.

**SOLE LITIGANT PLAINTIFF'S DOMINANT SPECIFIC COMPLAINT AND RESPONSETO DEFENDANT'S MOTION TO DISMISS**

**Plaintiff's Reaction to Defendant's Motion to Dismiss**

I believe the court (rightful authority of decision) sent a <u>Notice of Schedule Conference</u> to proceed with the case and found the response for a specific complaint sufficient. If this is not the case, it is my opinion the court's action is cruel.

For constitutional rights purposes I state the Plaintiff found the Defendant's response valuable and protective, but cruel. We both want to protect law and order, but litigating and settling a blatant violation of an individual's right is best.

If the defendant finds the following wording insufficient, I believe the government owes me a morally, responsible, legal government investigator, free of charge, and/or the court's permission to charge treason. My definition of treason is "the use of god's property or people to destroy god."

## PLAINTIFF'S DOMINANT SPECIFIC COMPLAINT

That U.S. Government officials took plaintiff's family land, homestead property by foreclosure is provable fact. It is my opinion; plaintiff's family earned the property from God by God's laws. Before the government took the property a government citizen entity injured a family sibling and a government official entity injured the plaintiff's life and limb, in a time of war, by not due process, without any compensation. Furthermore, by my intelligence and knowledge the government did so, to God's, plaintiff's, and plaintiff's country's detriment. Such action cost the plaintiff life, liberty, and property. In addition, other government citizen entities, denied plaintiff less life and less liberty by unfairly disadvantaging rights and privileges. By whatever of these, indisputably, by common sense reasoning, the defendant owes the plaintiff.

## PLAINTIFF'S LEGAL ARGUMENT

Plaintiff's purpose in bringing suit to court is primarily to end defendant's consignment of plaintiff to a foolish state of being. Plaintiff is seeking life, liberty, and property. Plaintiff's secondary purpose is to obtain and render rightful justice.

## SUBJECT-MATTER JURISDICTION

Subject-matter jurisdiction chosen is real property in the dominion of a government entity titled United States of America. From the plaintiff's point of view, real property is a just measure of God's love and blind justice on the matter is wisdom. For edification purpose, I submit this terminology. Like a soul is ever a part of God's being so is matter substance (worth value) to property. (Esoterically, property is word of a noun.) Real is a judgment of one's own, render able to domain authority and justice. Eminent is to domain as inherent and inalienable are to rights and all are too real.

For judgment, domain is to an entity, what a realm is to a government. When a government's rightful interest is evaluated, a property can be charged to rightful ownership and wrongful charge righted.

## FACTUAL ALLEGATIONS

1. Plaintiff's life income is substandard for the day and age, and rank and file (level of education, academic achievement, work performance, and demonstrable intelligence).

2. Plaintiff is a scientist and mathematician consigned to fighting for truth in the field of law, order, and justice with day and age needed accomplishments uncompleted.

3. Forbearers entered country with integral intellectual original jurisdiction. Whole family including plaintiff never fairly compensated for use of own such legal property.

4. Plaintiff's rightful property is in the hand of lesser wisdom. Plaintiff has evidential justice not blind, just justice. Consequently plaintiff does not have life, liberty, and property, but a living hell.

**PLAINTIFF'S MAJOR RESPONSE TO DEFENDANT REQUEST FOR CONFORMANCE TO FEDERAL RULES OF CIVIL PROCEDURE AFTER SECOND MOTION TO DISMISS**

**Argument from first principle**

The constitution assigns **first authority jurisdiction** to Plaintiff on all of Plaintiff's constitutional rights. By the God-wise, people loving god decision of Chief Justice John Marshall in **Marlbury vs. Madison** the judiciary (solely) [not the legislature or executive branch] has **original**[1] **authority** over all matters[2] worded in the Bill of Rights. Consequently, I have a right to a judicious decision and by freedom of religion judicious decision from God or a judicial (not legislative) court on any matter violating wording in constitutional rights. Wording in the fifth amendment "... nor shall any person be subject **for the same offense** to be **twice** put in jeopardy of **life or limb**....nor be deprived of life, liberty, or property **without due process of law**... nor shall **private property** be taken for public use **without just compensation**..." and wording in the fourteenth amendment "... no state shall... abridge the privileges or immunities of citizens..., nor shall any state deprive life, liberty, or property without **due process of law**; nor deprive to any person within its jurisdiction the **equal protection of laws**." are the substantial law for the case.

----------------------

1. Original can be construed as God.

2. **Marlbury v. Madison** also, rightfully ordered matter supersede jurisdiction.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S LEGAL POINTS

### RE: Memorandum in support of motion to dismiss

In NOTE #1. Of **BACKGROUND** defendant writes "… current complaint appears to be based on the same allegations as the first dismissed complaint…" Defendant's concern case is a (same matter, judge decided, different judge scenario) is needless. In (Docket No. 02-11385-MEL) I obtained an answer from a U.S. human court that gave me **information** to end a personally horrific dilemma and got ability to proceed with life competently. Because the judge's **answer** was more valuable than any render able decision (i.e. personal injury jurisdiction is too vast, life, and limb is more prudent ) and because the judge did not make my case for me, I am able to thank the court, judge, and people for their jurisprudence and offer payment for the answer if I win this case. Since I am not interested in superseding the court's duty, the court now has subject matter jurisdiction, jurisprudence, and ability to right injustices.

On page 2 the defendant writes "… in response to this Court's order, the plaintiff filed an opposition …" is not consciously true. I learnt the court order the defendant's request when I check the docket activity, at the time I gave the court clerk the response. I believe the court did send papers because a tenant at the address it was sent saw and told me so. I never received those papers. In addition, the Scheduling Conference notice was sent to the address on (Docket. No. 02-11385-MEL). For mercy I write I have still not address the issue with the assigned clerk and do not know if there is a blue law about the problem. Attachment 1 is the envelope face.

On page 4 the defendant writes "A causal relationship between the defendant's conduct and the plaintiff's injury must be demonstrated before the plaintiff can be entitled to relief…" I object, I need not prove causal relationship or fault to anyone. I am a civil litigant in a civil lawsuit. It is not for me to prosecute. It is for me to prove the defendant did not abide by the law, the relief is legal, and /or the plaintiff's request is wiser than the defendant's for everyone. Official of the defendant's government should protect everyone's rights; I should prove my case point is legally righter or wiser. If the government's wisest position on points or issues is wiser both should win, and if my position is wiser all should win.

On Page 7 defendant writes "The court lacks Subject-Matter Jurisdiction where the plaintiff failed to file administrative claim…" is false by American Juresprudence. By argument from first principle it is provable that I can not be subject to Legislative enactments (tort law) and legislative courts(Claims Courts) if the subject-matter is worded in the Bill of Rights, original Jurisdiction as explain above. You can not change original jurisdiction of any constitutional right from individual Americans without being in violation of law or justice and subjectable to a charge of treason.

## PLAINTIFF'S OFFERING OF LITIGABLE CAUSATIVE PROBABILITIES TO DEFENDANT

1. Powers of electrical powers failed to install sufficient check and balance guardianship for God's viewing of (*what goes round must come round*). Electrical circuits not monitored for electrical gainsay gain vs. gainful gain allowing for monopolistic prejudicial advantaging and disadvantaging. Insufficient space-time engaged for rightful levity.

2. Right guards lost train of constitutional thought and righteousness. (Foreclosure took a family **land property** for debts on an agricultural or agricultural farm **subsidy loan** governed by governmental **citizen wishes** rather than fair and equitable **market prices** of governmental rights and privileges. This could disease property.

3. Treacherous and treasonous forces got rule to solve problems.

4. Perpetual-motion power drivers superseded natural "state of rest" peaceful interests.

Date: February 3, 2006      By: _[signature]_ PRO SE
Bonita Daigle
318 Water St, A1
Wakefield, MA 01880
Tel: (781) 640-5256

$00.370
01/04/2006
Mailed From 02210
US POSTAGE

Cost
1/7

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Bonita M. Daigue
398 Main Street, A-1
Wakefield, MA 01880

01A60430IA

Docket No 02-11385-MEl)address

ATTACHMENT 1