UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bonita M. Daigle
    Plaintiff,
v.

Civil Action No. 05-11675-PBS

U.S. Federal Government
    Defendant.

### Certificate of Service

I certify that on January 28, 2006 a copy of Defendant's Motion to Dismiss and a copy of Defendant's Memorandum in Support of Motion to Dismiss was served by first class mail, postage prepaid, to 1). The Department of Agriculture, Farmers Home Administration, 1400 Independence Ave Sw, Room 200A, Washington DC 20250 and to 2.) Attorney General, Department of Justice, 441 Ford St, NW, Suite 660 South, Washington, DC 20001 in the manner specified by Rule 5.2, Federal Rules of Civil Procedures.

Dated: February 3, 2006

By: _____ PRO SE
Bonita M. Daigle
318 Water St., A1
Wakefield, MA 01880
Tel: (781) 640-5256

```
          ***** WELCOME TO *****
                WAKEFIELD
               321 MAIN ST
          WAKEFIELD, MA 01880-9998
              01/28/06 11:45AM

Transaction Number                       21
USPS #                          248330-9550


 1. First Class service               3.27
    Destination:    20250
    Weight:         0 lb. 3.00 oz.
    Total Cost:     3.27
    Base Rate:       .87
    Tracking #:
    7192 6978 2550 1901 0280
           SERVICES
    Certified Mail                    2.40
 2. First Class service                .87
    Destination:    20001
    Weight:         0 lb. 2.90 oz.
    Total Cost:      .87
    Base Rate:       .87
 3. First Class service                .63
    Destination:    04263
    Weight:         0 lb. 1.30 oz.
    Total Cost:      .63
    Base Rate:       .63

Subtotal                              4.77
Total Charged                         4.77

MasterCard                            4.77

         <23-902240126-99>
MasterCard
ACCT. NUMBER         TRANS #    AUTH
XXXX XXXX XXXX 4491    570    375693

To check on the delivery status of
your Certified Mail article, visit our
Track & Confirm site at www.usps.com
or use this Automated Postal Center
(or any Automated Postal Center at
other Postal locations).


             Thanks.
     It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```