**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Bonita M. Daigle
    Plaintiff,
v.                                               Civil Action No. 05-11675-PBS

U.S. Federal Government
    Defendant.

**Certificate of Service**

I certify that on February 3, 2006 a copy of Plaintiff's Sole Litigant Plaintiff's Dominant Specific Complaint and Response to Defendant's Motion to Dismiss was served by first class mail, postage prepaid, to 1). The Department of Agriculture, Farmers Home Administration, 1400 Independence Ave Sw, Room 200A, Washington DC 20250 and to 2.) Attorney General, Department of Justice, 441 Ford St, NW, Suite 660 South, Washington, DC 20001 in the manner specified by Rule 5.2, Federal Rules of Civil Procedures. Two copies were hand delivered to the window of the Boston Office of the U.S. Attorney's Office, one copy for U.S.Attorney General Michael Sullivan and one copy for Assistant U.S. Attorney General Christopher Donato

Dated: February 3, 2006                    By: _____ PRO SE
                                                                    Bonita M. Daigle
                                                                    318 Water St., A1
                                                                    Wakefield, MA 01880
                                                                    Tel: (781) 640-5256

```
***** WELCOME TO *****
       FORT POIN  STA
     25 DORCHEST R AVE
     BOSTON, MA 02205-9761
        02/03/06 02:41PM

Transaction Number              16
USPS #                     240079-9330

1. First Class service            .63
     Destination:   20001
     Weight:        0 lb. 1.60 oz.
     Total Cost:    .63
     Base Rate:     .63
2. First Class service            .63
     Destination:   20250
     Weight:        0 lb. 1.60 oz.
     Total Cost:    .63
     Base Rate:     .63

                                 1.26
Subtotal                         1.26
Total Charged
                                 1.26
MasterCard

          <23-901880005-99>

MasterCard
ACCT. NUMBER         TRANS #    AUTH
XXXX XXXX XXXX 4491    634     332524


              Thanks.
       It's a pleasure to serve you.

   ALL SALES FINAL ON STAMPS AND POSTAGE.
   REFUNDS FOR GUARANTEED SERVICES ONLY.
```